FILED
CLERK, U.S. DISTRICT COURT

SEP 11 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, **PLAINTIFF** | CASE NUMBER |
| v. | _CR14-473 ODW_ |
| JASON PHILLIP HUNTER | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| **DEFENDANT(S).** | |

Upon motion of ___Defendant___, IT IS ORDERED that a detention hearing
is set for ___Sept. 16___, ___2014___, at ___2:00___ ☐a.m. / ☒p.m. before the
Honorable ___Eick___, in Courtroom ___20___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____*(Other custodial officer)*_____

Dated: ___9/11/14___       _____
                           U.S. District Judge/Magistrate Judge